UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. SI4:05CR280ERW(MLM) |
| PAUL KINNEY, ET AL, | ) |
| Defendants. | ) |

## AMENDED ORDER

The following defendants and their attorneys shall appear at the Title III Wiretap Suppression Hearing on **Friday, September 16, 2005** at **1:00 P.M.**

| | |
|---|---|
| Ronald Kinney, Jr. | Chris Goeke |
| Christina Smith | Kristy Ridings |
| Michael Smith | Steve Stenger |

As noted in the court's previous Scheduling Order, all questions by the attorneys for these defendants and all answers by the witness(es) are deemed to apply to each defendant in this case.

As noted in the court's previous Scheduling Order, the defendants who have not waived hearing on Title III Wiretap issues will be provided an expedited transcript of the Hearing and if they have any further questions, the court will make the witness(es) available on **Thursday, September 29, 2005** at **9:30 A.M.** for any relevant additional cross examination.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  13th   day of  September, 2005.